SARAH A VINGUT, Appellant, *v.* THE SETAUKET PRESBYTE-
RIAN CHURCH et al., Respondents.

(Argued March 26, 1886; decided April 13, 1886.)

*John J. Macklin* for appellant.

*A. A. Spear* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

CARL F. W. BUSCH et al., Respondents, *v.* MARY BUSCH, Ap-
pellant.

(Submitted March 26, 1886 ; decided April 13, 1886.)

*John H. Bergen* for appellant.

*Francis B. Chedsey* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.